Franklin & Celina Camillo
1136 Cadillac Court
Milpitas, California 95035
celinacamillo@gmail.com

IT IS SO ORDERED
Judge Edward J. Davila

FILED
2012 FEB 24 A 9 54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN & CELINA CAMILLO,        )     Case No. CV11-05228 EJD
                                  )
        PLAINTIFFS,                )     PLAINTIFFS' NOTICE OF
                                  )     VOLUNTARY DISMISSAL OF
vs.                               )     COMPLAINT WITHOUT
                                  )     PREJUDICE
US BANK NATIONAL ASSOCIATION,     )
TD SERVICE COMPANY,               )
                                  )
        DEFENDANTS.                )
                                  )
                                  )     February 16, 2012
                                  )

Plaintiffs, Franklin S Camillo and Celina Salazar Camillo, comes to court to voluntarily dismiss the above case without prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedures.

Plaintiffs have not served the summons.

Plaintiffs have informed Defendants' counsel that the case will be dismissed.

Wherefore, Plaintiffs are voluntarily dismissing this case without prejudice.
The Clerk shall close this file.
Respectfully Submitted:

Franklin S Camillo                      Celina Salazar Camillo

# PROOF OF SERVICE

I, Celia Salazar, do affirm and swear, under penalty of perjury,
That I am over 18 years old;
That I am not a party to this lawsuit;
That my mailing address is 105 Serra Way #443, Milpitas, CA 95035
That I have served a copy of this NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE to counsel for Defendants as follows

Nancy Johnson, Esq.
Berliner Cohen
Ten Almaden Blvd, 11th Floor
San Jose, CA 95113

By depositing said notice contained in an envelope postage paid at the USPS station in Milpitas, California on this 24th day of February 2012.

*/s/ Celia Salazar*